# Exhibit 24
to Plaintiffs' Memorandum Of Law In Opposition to Defendants'
Motion In Limine To Exclude Plaintiffs' Expert Witnesses

# Email Chain between Mother and Dr. Jeanne Hubbuch

**From:** drhubbuch@aol.com
**Sent:** Thursday, July 03, 2014 1:03 PM
**To:**
**Subject:** Re: Child Consult for EHS

It is first of all a diagnosis of exclusion. Something at school is bothering him since he is fine away from there. Generally the symptoms should appear every time he is exposed. There is no test for it.

JH

-----Original Message-----
From:
To: drhubbuch <drhubbuch@aol.com>
Sent: Tue, Jun 24, 2014 8:13 am
Subject: Child Consult for EHS

Hi Dr. Hubbuch,

I received a referral from dr. Rea's office in Dallas.
I have an 11 year old who has food allergies. This past year I noticed a strange repetition of symptoms including Headache, dizziness, ringing ears, chest pressure, nausea etc . My son was released several times for these symptoms from school. When he cam home the symptoms abated. I have connected this to the blanket wifi in school. His symptoms dissipate when he comes home where we use Ethernet...The nurse at school mentioned she is seeing several kids with same symptoms localized from one academic building where I confirmed we upgraded to 5 GHz wifi...

I of course want to rule out other causes and for you to tell me I am crazy.... What is your protocol for diagnosing children with EHS? I am happy to talk more on the phone to see if a workup is indicated. I did have his pedi look at him and he found nothing out of ordinary but did not do labs etc... It would be helpful if we can prearrange a time he will not be in earshot to discuss how to proceed.
Thanks Much


DEFENDANT'S DEPOSITION EXHIBIT 215