# EXHIBIT 3

**From:** Joel MOSKOWITZ <jmm@berkeley.edu>
**Sent:** Monday, March 31, 2014 7:12 PM
**To:** H
**Subject:** Re: me again

H,

I'm sorry, but I'm too busy to get involved with this effort.

CDC does not recognize this public health problem so I don't know where you could get funding for a PSA.

I wish you the best of luck.

Regards,

Joel Moskowitz

On Mon, Mar 31, 2014 at 3:38 PM, H <h​@karmascientific.com> wrote:

Hi Dr. Moskowitz,

You may recall I approached you recently about an innovation challenge (Hero X Platform) to develop RF/EMF mitigation solutions for mobile devices. Though we agreed there was a larger social issue with regard to the use of these devices and awareness of their risks, my group is continuing to work towards mitigation solutions. We are still considering the challenge approach to innovate faster, BUT we have another idea for creating awareness....

My reason for reaching out again is two fold:

1. We are working on a PSA campaign targeted to parents and children /schools
2. I have been working on a letter to my children's school system (private) as well as form letters for the PSA website – both of which I hope to have you join in signing as a medical expert on the issue

(On the PSA related link there will be a few form letters for consumers to take action with regard to these issues in schools and with their legislators. Your participation would give expert unbiased credibility)

I follow your work and know that you are very knowledgeable about the issues particularly as to how the bio-effects of exposure relate to children. As a parent, I cannot look away now that I have taken the time to educate myself. Concurrent with my product development process with Karma Scientific, this PSA campaign will focus

1

on the issue to inform the youngest and earliest adopters, their parents and their schools about using technology (wifi and all enabled devices) more thoughtfully and in a safer manner.

To this end, I have been talking with Dr Davis and creative experts about running such a campaign. My creative people, who have much experience in PSA's specifically, are suggesting we initially survey the broadcasters to see if our message will likely be aired. If the broadcasters indicate they will air it (after they review our story boards and understand our cautious, well crafted message) we will proceed with production and distribution. I would value your guidance relating to obtaining CDC funding for the PSA. As we are reaching out to other educational advocacy groups to support this it would be valuable to have your involvement. In addition, we are reaching out to some very well respected celebrities to create spots with impact. (Print & video initially)

I recognize this is not an easy "battle"- it will be uphill all the way. I think there is no other option here. We must educate in a "none alarming" way to create effective change and begin this important dialogue objectively. This will help to build our platform and momentum on this issue. I have been advised that if we craft the message properly and carefully we will be successful. I am asking if you would help to support such a campaign by lending your credentials and expertise.

I am happy to talk with you as this is still in the development stages but progressing quickly. The goal of this initiative would be to educate - the early adopters (and yes, we know there is the Obama wifi initiative but we have a plan and hope that strength in numbers of experts will be a huge asset over time. The PSA would be tied to a web site the viewer could go for the FACTS about what is known- to make an informed choice about cell phone use by children and wifi in schools etc

As I mentioned before, I am not looking for endorsement for any product or direct financial support. However, I am hoping together we can create a network of Professional scientists and Medical people to start the dialogue and begin making changes for those most at risk. I am trying to make introductions to experts like you and garner support and participation. If you are interested in being involved perhaps I could impose on you for more speedy introductions and progress on this front. Many of the experts I am reaching out to may be your colleagues.

We are open to your suggestions and your candid feedback. Please indicate if you would be available to talk with Dr. Davis and me after April 9th when she returns from abroad. I respectfully appreciate all of the good work you have done on these issues and want to make an impact with these initiatives- but I can't do it without your support.

Best Regards,

2



774-571-9308 Cell

508-366-6900 office

H█@karmascientific.com

--
**Joel M. Moskowitz, Ph.D.**

Director
Center for Family and Community Health
The UC Berkeley Prevention Research Center
School of Public Health
University of California, Berkeley
Mail: 50 University Hall
Berkeley, CA 94720-7360

Phone:   510-643-7314
E-mail:   jmm@berkeley.edu
WWW:   http://cfch.berkeley.edu