# EXHIBIT 5

**From:** mbethoney@comcast.net
**Sent:** Friday, May 02, 2014 11:47 AM
**To:** H▓▓
**Subject:** Re: Important request-WiFI in schools concern

ok H▓▓
ill probably see you today at karate
mary

---

**From:** "H▓▓" <hd▓▓@storagemax.com>
**To:** mbethoney@comcast.net
**Sent:** Friday, May 2, 2014 11:29:33 AM
**Subject:** FW: Important request-WiFI in schools concern

Hi Dr. Mary,

Hope all is well. I missed you last week at Karate. Hope Liam is feeling better. I know you have your hands full... The last thing I want to do is add to your burden. I wanted to share this info attached. It is the letter we sent to the board at Fay and a 2 pager showing all the countries that are removing WIFI from schools. While the administration is looking at this and they have shared with the Board President, I am sure they don't get it yet...
So I have requested that myself and Rasmia Ahmed (Zahaan's mom and Oncologist, Elizabeth Calmar – Catherine's mom grade 8 & Pedi ER doc and hopefully you ) go in to discuss why this is an urgent concern. I am hoping we can make your schedule fit into this conversation with Rob and I have asked him for several dates next week. In case I don't see you today lets catch up soon so you can check your availability. I am happy to get a sitter for all the kids at my house which is just down the road from school if it is in the evening and they can all do pizza ☺ Think about the best time for you and if you can help with this effort. I SO appreciate your help!!!
Xo
H▓▓ D▓▓
G▓▓'s mom
508-303-0272
774-571-9308

---

**From:** H▓▓ [mailto:hd▓▓@storagemax.com]
**Sent:** Wednesday, April 30, 2014 10:12 PM
**To:** 'rasmia ahmed'
**Subject:** FW: Important request-

Hi again, FYI attached is the letter we sent requesting info go to the Board of Trustees meeting this Friday. Rob agreed to share with BOT president but not full board at this time and begin review operationally (see below and attached)
Talk to you soon
H

---

**From:** Rob Gustavson [mailto:rgustavson@fayschool.org]
**Sent:** Tuesday, April 29, 2014 10:00 AM
**To:** H▓▓
**Cc:** Alan Clarance; Fiona Carr; Thomas Mckean; Jim Shay; Peter Fearey
**Subject:** Re: Important request-

1

Dear H████

I understand that you have already communicated with other administrators and and at least one trustee. We are aware of your concerns and are currently reviewing our technology infrastructure in light of the information you shared. I assure you that convenience and expense never deter us from addressing urgent matters of health and safety. As you know, over the past year we have invested in significant, comprehensive equipment upgrades and have implemented meaningful procedural changes in order to enhance safety on the Fay campus.

When health and safety questions arise, we typically consult with the National Association of Independent Schools (NAIS) and the Association of Independent Schools in New England (AISNE) to learn about best practices and understand how other independent schools are responding. I receive regular updates from NAIS and AISNE about a range of legal and safety issues, and neither group has focused on this topic to date. We are in contact with both organizations and will include their perspectives in our review.

Yesterday I shared your email and discussed your concerns with Tom McKean, President of the Board of Trustees. Tom and I are in agreement that this is an operational matter for the School to address and therefore will not be an agenda item at Friday's Board meeting. If we determine that a policy change is needed, the topic will be brought to the attention of the appropriate trustee committee, or perhaps the full Board, at some point in the future. We hope you will understand and respect these lines of governance going forward and will trust our judgment about the most appropriate way to proceed.

All of us appreciate your genuine desire to ensure the ongoing health and safety of all members of the Fay community.

Sincerely,
Rob


Robert J. Gustavson, Jr.
Head of School
Fay School
48 Main Street
Southborough, MA 01772
508.490.8223
www.fayschool.org


On Mon, Apr 28, 2014 at 1:54 PM, H████ <hd████@storagemax.com> wrote:

Dear Rob,

We respectfully submit the following attachments for your review. We apologize in advance for the forward approach on this matter but we have failed to make concerns clear and address appropriately otherwise. However, after reading you will share the concern and recognize this matter necessitates immediate attention as it relates to the health and safety of all of our children and teachers at school.

2

Recognizing that while you have an administrative/ operational review process for most matters, we strongly suggest this issue should receive immediate attention from the Board of Trustees at the quarterly meeting this week. This is due to both the nature and high importance of the information herein as well as any pending capex approvals RE: Technology use/ roll out that may be on the current agenda.

There are immediate opportunities that help us to mitigate the exposures to RF Microwave non- ionizing radiation in school from WI-FI and wireless tech. Experts have proposed measures that provide **safer use of technology** in our school. These measures should be immediate, given the vast international medical and scientific communities concerns of the hazards for our students and teachers.

We ask for your guidance in getting this immediately heard. We propose to provide hardcopy of only (1) our letter to the Board of Trustees and (2) the concise 2 page document on "Government Actions to remove WI-FI from schools around the world". We will provide these materials in hard copy for members of the Board by your deadline for important material submissions. This additional attached packet is for your review and operational considerations. Please do not hesitate to contact us for further information and to begin a dialogue on this inconvenient but critical matter.

We truly bring this forward with the best intentions where the health and safety of ALL of our children are concerned. We wish to support the administration and the Board in any way we can.

Respectfully,

H█ & T█ A. D█

CC: Alan Clarence

3