# EXHIBIT 9

**From:** drhubbuch@aol.com
**Sent:** Monday, July 07, 2014 2:35 PM
**To:** ▇▇▇s@storagemax.com
**Subject:** Re: Child Consult for EHS



There are no lab tests.

It would be a trial and error diagnosis, i.e. if he goes where wifi is on at home or other location and gets similar symptoms then I could make diagnosis that that is causing his symptoms.

JH

-----Original Message-----
From: H▇▇▇ <▇▇▇@storagemax.com>
To: drhubbuch <drhubbuch@aol.com>
Sent: Thu, Jul 3, 2014 1:26 pm
Subject: RE: Child Consult for EHS

Dr. Hubbuch
Thanks for the information. So what is the work up you would do? Does it include labs to exclude other causes for the symptoms? I will need a diagnosis of this for school to accommodate as they are utilizing industrial 5 GHz Wifi . My son has allergies and therefore a weakened immune system.
Please advise so that I can determine if I should proceed with an appointment.

Thanks again
H▇▇▇

-----

**From:** drhubbuch@aol.com [mailto:drhubbuch@aol.com]
**Sent:** Thursday, July 03, 2014 1:03 PM
**To:** ▇▇▇s@storagemax.com
**Subject:** Re: Child Consult for EHS

It is first of all a diagnosis of exclusion. Something at school is bothering him since he is fine away from there. Generally the symptoms should appear every time he is exposed. There is no test for it.

JH

-----Original Message-----
From: H▇▇▇ <▇▇▇@storagemax.com>
To: drhubbuch <drhubbuch@aol.com>
Sent: Tue, Jun 24, 2014 8:13 am
Subject: Child Consult for EHS

Hi Dr. Hubbuch,

I received a referral from dr. Rea's office in Dallas.
I have an 11 year old who has food allergies. This past year I noticed a strange repetition of symptoms including Headache, dizziness, ringing ears, chest pressure, nausea etc . My son was released several times for these symptoms from school. When he cam home the symptoms abated. I have connected this to the blanket wifi in school. His symptoms dissipate when he comes home where we use Ethernet...The nurse at school mentioned she is seeing several kids with same symptoms localized from one academic building where I confirmed we upgraded to 5 GHz wifi...

1

I of course want to rule out other causes and for you to tell me I am crazy.... What is your protocol for diagnosing children with EHS? I am hoping that in the office the document workup is indicated. I did have his pediatrician at him and he found nothing out of ordinary but did not do labs etc... It would be helpful if we can prearrange a time he will not be in earshot to discuss how to proceed.

Thanks Much

H███████
508-303-0272
████████@storahemax.com