# EXHIBIT 18

# Minutes of the Southborough Board of Health

Meeting Minutes
June 18, 2015

**Present**

Chair/Members Nancy Sacco; Mary Lou Woodford; Dan O'Rourke; Public Health Director, Paul C. Pisinski; and Administrative Assistant, Cindy McLeod.

Also in attendance: Dr. Louis Fazen (1:22 PM – 1:37 PM)

**Opening**

The meeting of the Board of Health was called to order at 1:06 PM by Chair Nancy Sacco.

**Approval of Agenda**

Public Health Director, Paul Pisinski went over the agenda with the Board.

| | |
|---|---|
| **Topic** | **May 27, 2015 Meeting Minutes** |
| **Action** | **Ms. Sacco made a motion to approve the May 27, 2015 Board of Health meeting minutes. Ms. Woodford seconded. All in favor.** |
| **Topic** | **Draft Response to the 4 Statewide Associations Representing Tobacco Retailers** |
| **Discussion** | In April, CRR (Coalition for Responsible Retailing) sent a letter and model regulations to the Board of Health requesting that the model regulations be implemented to impose fines on adults who supply tobacco products to minors, removing the exception for parents and legal guardians who give tobacco products to their underage children and implementing civil fines for minors in possession of tobacco or nicotine delivery products. CRR also suggests developing a Tobacco Awareness Program for minors and/or parents who are found in violation. The Public Health Director prepared a letter of response to CRR citing concerns in how CRR's model regulation would be financed, implemented, enforced, etc. if it were put into effect by the Board of Health. The letter states that several months after the "Over 21" tobacco regulation is put into effect, the Board would invite the groups representing CRR, the Police Chief, Town Counsel and the Town Administrator to a meeting to discuss the process and implementations of adopting CRR's model regulation. |

| | |
|---|---|
| Pending: | The letter will be sent to the 4 associations represented by CRR (the New England Convenience Store Association, Retailers Association of Massachusetts, National Association of Tobacco Outlets, and New England Service Station and Auto Repair Association). |
| Topic: | **Opiate Crisis** |
| Discussion: | Ms. Woodford encouraged dialogue between the Public Health Director and the Police Chief to determine what the Police Department is doing and establish what the Board of Health should undertake in response to the opiate crisis. Mr. Pisinski spoke of a program the City of Gloucester has implemented. Individuals who walk into the Gloucester Police Department with drugs in their possession will not be charged with a crime but will be aided through the detox and recovery process. |
| Topic: | **Regional Adolescent Substance Abuse Prevention Grant** |
| Discussion: | Sam Wong, the Director of Public & Community Health in Hudson who is administering the grant for a regional substance abuse prevention collaborative of which Southborough is participating has not been informed of the exact dollar amount to be awarded. A kick off meeting will be scheduled in July or August to prepare a work program. |
| Pending | The Public Health Director will invite Mr. Wong to an upcoming Board of Health Meeting to give an update on the status of the grant. |
| Topic | **The Safety of Children's Exposure to Wireless Radiation** |
| Discussion | At the request of H███ D███ a Southborough resident Mr. Pisinski attended a meeting on June 10, 2015 in Framingham presented by the Environmental Health Trust, questioning the safety of children's exposure to wireless radiation. Ms. D███ would like the opportunity to meet with the Public Health Director and the Public Health Nurse to discuss her concerns. Mr. Pisinski explained that currently there is no scientific evidence to support the claim that wireless radiation is a health concern and no directive has been issued by the U.S. Surgeon General's Office. |
| Pending | Mr. Pisinski will invite Ms. D███ to attend an upcoming Board of Health Meeting and schedule 20 – 30 minutes for her to discuss her concerns on the effects of wireless radiation on children. |

June 18, 2015 Board of Health Meeting Minutes

| | |
|---|---|
| **Topic** | **End of Year Budget Summary** |
| **Discussion** | Barring any unforeseen expenses approximately $1,200 will be available in the expense portion of the Board of Health FY15 budget. The current plan is to purchase file folders and a wireless color printer to enable printing inspection photos taken in the field. |
| **Topic** | **Personnel Board Approval of Administrative Assistants Salary Increase** |
| **Discussion** | The Personnel Board approved the salary increase for the Board of Health Administrative Assistant to go into effect on July 1, 2015. It includes the salary increase voted at Town Meeting as a result of the Compensation and Compensation Study overseen by the Personnel Board and an additional 3% merit increase. |
| **Topic** | **Tobacco Vendor Education** |
| **Discussion** | The Public Health Nurse and Bianca Pierre, the Tobacco Coordinator for the Metro West Tobacco Control Coalition will visit Southborough's 9 tobacco vendors to educate them on the new age restriction to purchase tobacco and nicotine delivery products which will go into effect on July 1, 2015. Ms. Pierre will then conduct compliance checks, one in the summer and another in the fall to ensure that all tobacco vendors are abiding by the new regulation. |
| **Topic** | **Central Massachusetts Mosquito Control Project Video** |
| **Discussion** | Frank Cornine III MPH, Staff Biologist for the Central Massachusetts Mosquito Control Project asked to speak to seniors regarding mosquitoes and mosquito-borne disease. Due to anticipated low attendance at such an event, the Public Health Nurse requested that Mr. Cornine submit a video clip which can be made available for viewing on the Board of Health web site. |
| **Topic** | **Next Board of Health Meeting Date** |
| **Discussion** | The next Board of Health meeting will be held on September 2, 2015 at 1:00 PM. August 19, 2015 is a possible date in the event an emergency meeting becomes necessary. |

The meeting was adjourned at 2:17 PM.

June 18, 2015 Board of Health Meeting Minutes

Respectively submitted by Cindy McLeod, Administrative Assistant.  Edited by Paul C. Pisinski.