# EXHIBIT 19

| | |
|---|---|
| **From:** | Leslie Chamberlin |
| **To:** | H███ D███ |
| **Subject:** | Re: Bill MA S.1222 |
| **Date:** | Sunday, July 26, 2015 10:06:38 |

Hi H
I just wanted to clarify the MAPHN ( mass association of public health nurses) annual conference is in April, not in the fall.  It will be held in Brewster and includes school nurses.  I will see the planning committee members in October at our quarterly meeting and discuss what topics they are thinking about offering at the conference.  See you in September.

Sent from my iPad

On Jul 24, 2015, at 6:38 AM, "H██ D███" <████████c@gmail.com> wrote:

> Thanks so much Paul,
>
> I completely understand and appreciate the response.I will wait to hear from you about the 9/ 2 meeting as I assume a full agenda for the evening and a schedule will be helpful for me to plan to attend. Rep Dykema will likely attend with me as she is accompanying me to testify Tuesday as well.
>
> I will wait to hear from Leslie but I can report that  I have excellent and eager commitments from Harvard and Yale docs to come and speak to Fall Assoc. Conference so with their schedules the factor will be getting them available from their busy clinical schedules- the more notice the better!
>
> Thank Leslie as well and I look forward to hearing from her.
>
> Have a great weekend!
>
> H███
>
> On Fri, Jul 24, 2015 at 4:16 AM, Paul Pisinski <ppisinski@mac.com> wrote:
>> Hello H███
>> About the hearing in Boston on Tuesday the 28th of July.  I will just be getting back from a short vacation and Cindy will be out that entire week on vacation, so I will need to be in the office that day.  Leslie does not work on Tuesday.
>> Leslie informed me she has or will be speaking to the chair person of her statewide Public Health Nurses Association about scheduling a speaker or panel for their Fall Association Conference.  I will let her talk to you about getting somebody to come and make a presentation at that conference about Wi Fi impacts.
>>
>> I have not yet spoken to the Board of Health Chair concerning the Agenda for the September meeting.  All our meeting are open to the public.  Hardly anybody comes unless invited or asked to attend to

G002306

testify on behalf of some item on the Agenda.  The Selectmen never attend unless we have a topic which they feel they want to "weigh" in on.

I will have Leslie contact you soon concerning her Fall Association Conference, and have copied her on this e-mail.

Best regards,
Paul

Sent from my iPad

On Jul 23, 2015, at 4:33 PM, H▓▓ D▓▓ <▓▓▓▓c@gmail.com> wrote:

> Hi Paul , Leslie and Mike,
>
> I am writing to touch base and  to invite you to a hearing next week at the State House that has recently been scheduled before recess, I thought you may find it informative if you are available or interested in attending as it is on the matter of the health impacts of wireless radiation.Several of the key participants from the June  Boston Briefings and DPH meetings will be in attendance for the hearing.
>
> The details of which are available via this link: MA S. 1222: An Act creating a special commission to study the health impacts of electromagnetic fields  and the bill has been scheduled for a public hearing next Tuesday, July 28 at 1 p.m. in Room B-2 with the Joint Committee on Public Health.
>
> I also want to follow up to determine if other towns like Framingham, Ashland etc. are welcome at the 9/2 Southboro Board of health Committee meeting you have invited me to present at.
>
> Additionally, do selectman typically attend? I appreciate any guidance on this and I hope to keep the dialogue open especially with the work we are doing with DPH on this matter.
>
> Respectfully,
>
> 
> H▓▓ D▓▓
> ▓▓▓▓@gmail.com
> 774-571-9308
>
>
> ---------- Forwarded message ----------

From: H███████ D███ <█████inc@gmail.com>
Date: Thu, Jul 23, 2015 at 3:21 PM
Subject: RE: Bill MA S.1222
To: robert.knorr@state.ma.us
Cc: Devra Davis <ddavis@ehtrust.org>, "Dykema, Carolyn -
Rep. (HOU)" <carolyn.dykema@mahouse.gov>, "Pessolano,
Andrea (HOU)" <Andrea.Pessolano@mahouse.gov>,
Suzanne.Condon@massmail.state.ma.us, "Cyr, Julian (DPH)"
<julian.cyr@state.ma.us>, "Eldridge, James (SEN)"
<James.Eldridge@masenate.gov>, "Sena, Danillo (SEN)"
<Danillo.Sena@masenate.gov>,
Karen.Spilka@masenate.gov

G002308