# EXHIBIT 22

From:     Leslie Chamberlin
To:        
Subject:  Re: Public health nurses local meeting
Date:     Tuesday, October 20, 2015 09:58:51

Hi H

Glad to hear you can attend the Jan 7th Public Health Nurses meeting in Natick. This is a different chapter than Mary's from Westwood. Our Natick meeting will have you on the agenda at 1:30 and you can have 90 minutes to present and have question and answers. If it ends earlier, that is fine, however I think there will be a lot of interchange. Again this is a very relaxed, informal round table meeting. If Cecelia comes and you two want to drive together or with me from the Board of Health that would be fine. We can connect later on that.. Please let me know if you want any PowerPoint or presentation materials.. Talk soon.   Leslie

Sent from my iPad

On Oct 15, 2015, at 9:59 PM, "H▇ D▇" <▇inc@gmail.com> wrote:

> Hi Leslie ,
>
> I am glad to hear from you. Yes, I would be available on January 7th to attend. Thank you for your interest.
> Incidentally this meeting is not the same one that Mary from Westwood reached out about? I did not hear back from her and I want to keep my meetings straight:)
> I will contact Cece Doucette as well if she is interested. I don't know if she asked you for a letter of recommednation for the Metro West Health Foundation Grant for wi-fi related health concerns awareness but I think she reached out to Paul. I hope she was successful in geting the requirements complete to apply.
>
> Looking forward to talking soon. When you have the agenda set for the Jan meeting please give me an idea of how long I will have to present my concerns.
>
> Thanks,
>
> H
>
>
>
> On Thu, Oct 15, 2015 at 12:00 PM, Leslie Chamberlin <Lchamberlin@southboroughma.com> wrote:
>
>> Hi H▇
>>
>> Would you be interested in attending the Central Mass Public Health Nurses monthly chapter meeting to informally discuss WI FI Hypersensitivity? We meet at the Natick Community Center, 117 East Central Street Natick on the first Thursday of each month.

I spoke with our chapter president Leila Mercer about putting this on the 2016 agenda and were are hoping January 7th or February 4th might work for you. The meetings start at 1pm , and run for about 2 hours. We usually have 10 -12 Public Health Nurses in attendance. Feel free to include Cecelia Doucette if you wish, you 2 make a good team! Talk soon

**Leslie Chamberlin, R.N.**

Public Health Nurse

Southborough Board of Health

9 Cordaville Road

Southborough, MA 01772-1662

Tel: (508) 481-3013

Fax: (508) 229-1783

Email: lchamberlin@southboroughma.com