PLAINTIFFS' EXHIBIT 2

| | |
|---|---|
| From: | Rob Gustavson <Rob Gustavson <rgustavson@fayschool.org>> |
| Sent: | Tuesday, September 16, 2014 8:18 AM |
| To: | Melissa Bois <meldemarc@aol.com> |
| Cc: | Nell Reynolds <nellreynolds@comcast.net>; Cathy Gould <catherine@huntervoice.com>; Andrea Furman <aafurman@yahoo.com> |
| Bcc: | pfearey@fayschool.org |
| Subject: | Re: Retraction of WiFi in our Schools |

Excellent message, Melissa. I want you to know that my administrative team and the Board of Trustees have been grateful for your steadfast support -- and the support of the PA Executive Board -- throughout this ongoing ordeal, and we appreciate your willingness to address ▋s actions directly. I will continue to update you regarding this situation so all of you are fully informed.
Thanks,
Rob

Robert J. Gustavson, Jr.
Head of School
Fay School
48 Main Street
Southborough, MA 01772
508.490.8223
www.fayschool.org

On Tue, Sep 16, 2014 at 8:07 AM, Melissa Bois <meldemarc@aol.com> wrote:

Good morning ▋,

I have attached a letter from Marie Nagode, who as you are aware, is the PIN Chair for Lower & Middle School. The statement is a retraction of an email PIN distributed on Sunday inviting PIN Reps and Heads to attend your September 25th meeting at the Southborough Library.

After I shared the PIN invitation with Rob Gustavson, I spoke with Marie and clarified that neither Fay School nor the Fay Parents' Association were sponsoring nor endorsing the event being held at the Southborough Library. Marie expressed that she was strongly lead to believe by you that both Fay School and the Fay Parents' Association were aware and in support of this event. As you and I both know, this is not the case.

By involving PIN and by compromising the integrity of the Parents' Association and its volunteers, your actions have created a situation to which I need to respond directly. The purpose of the Fay Parents' Association is to support Fay programs and activities, assist in communication within the school and fundraise. It is comprised of volunteers who are expected to be supportive of Fay both within and outside of our community. The organization and its volunteers are not entities to be used for personal gain by individuals within the community. As you have chosen to do this, despite your strong support of our organization in past years, I must remove you from the Arts & Enrichment committee effective immediately. I ask that you do not volunteer for any other Parents' Association volunteer opportunities.

I have given this decision a great deal of consideration, and it is not open for discussion. I am including Nell Reynolds as Past Parents' Association President, Catherine Hunter-Gould as incoming President, Andrea Furman as Vice President of Student Services and Rob Gustavson as Head of School, so they are aware of my decision.

Melissa D. Bois

CONFIDENTIAL                                                                                                                                  FAY007909

Melissa D. Bois

**PLAINTIFFS' EXHIBIT 2**

CONFIDENTIAL

FAY007910