| | |
|---|---|
| From: | ▮▮▮▮▮▮▮storagemax.com >> |
| Sent: | Tuesday, September 16, 2014 2:40 PM |
| To: | Melissa Bois <meldemarc@aol.com> |
| Cc: | Rob Gustavson <rgustavson@fayschool.org>; Nell Reynolds <nellreynolds@comcast.net>; Cathy Gould <catherine@huntervoice.com>; Andrea Furman <aafurman@yahoo.com> |
| Subject: | RE: Retraction of WiFi in our Schools |

Melissa,

I was taken aback to receive your email this morning. You should know that several concerned parents from Fay (and other peer schools, including Nobles, and Dedham Country Day) merely proposed this topic to PIN back in the spring. We in NO way indicated we were acting on Fay's behalf, and it is unfortunate Marie feels she was led to believe otherwise.

PIN exists as a parents association should; to represent parents and topics important to parents. I understand their mission is to present topics of interest for parents at schools in the network. The presenting of informative lecture topics is clearly displayed on PIN's website and even includes "technology use in schools" as one of its subjects. We openly shared the subject matter of this talk with PIN, who expressed interest in hearing more and offered to post and publicize this talk, which is clearly in no way affiliated with Fay. If there was some process that PIN follows specifically with Fay to seek approval for topics presented, we were not made aware of it at that time, presumably because they did not see us as representing Fay.

I understand you feel it is necessary to remove me from parent's association committees, and I am deeply disappointed. When I approached both you and Nell Reynolds in the spring of last year to share information on this topic, at NO point did you indicate any restriction on proposing this or any topic to PIN.

I apologize for the difficult position this has put you in but we in no way have indicated Fay is involved or sanctioning this discussion; it was simply presented as information on a topic that many parents care about. I hope you enjoy your week.

Regards,

▮▮▮▮▮▮

---

**From:** Melissa Bois [mailto:meldemarc@aol.com]
**Sent:** Tuesday, September 16, 2014 8:07 AM
**To:** ▮▮▮▮
**Cc:** Rob Gustavson; Nell Reynolds; Cathy Gould; Andrea Furman
**Subject:** Retraction of WiFi in our Schools

Good morning ▮▮▮▮

I have attached a letter from Marie Nagode, who as you are aware, is the PIN Chair for Lower & Middle School. The statement is a retraction of an email PIN distributed on Sunday inviting PIN Reps and Heads to attend your September 25th meeting at the Southborough Library.

After I shared the PIN invitation with Rob Gustavson, I spoke with Marie and clarified that neither Fay School nor the Fay Parents' Association were sponsoring nor endorsing the event being held at the Southborough

CONFIDENTIAL                                                                          FAY007942

**PLAINTIFFS' EXHIBIT 3**

nor the Fay Parents' Association were sponsoring nor endorsing the event being held at the Southborough Library. Marie expressed that she was strongly lead to believe by you that both Fay School and the Fay Parents' Association were aware and in support of this event. As you and I both know, this is not the case.

By involving PIN and by compromising the integrity of the Parents' Association and its volunteers, your actions have created a situation to which I need to respond directly. The purpose of the Fay Parents' Association is to support Fay programs and activities, assist in communication within the school and fundraise. It is comprised of volunteers who are expected to be supportive of Fay both within and outside of our community. The organization and its volunteers are not entities to be used for personal gain by individuals within the community. As you have chosen to do this, despite your strong support of our organization in past years, I must remove you from the Arts & Enrichment committee effective immediately. I ask that you do not volunteer for any other Parents' Association volunteer opportunities.

I have given this decision a great deal of consideration, and it is not open for discussion. I am including Nell Reynolds as Past Parents' Association President, Catherine Hunter-Gould as incoming President, Andrea Furman as Vice President of Student Services and Rob Gustavson as Head of School, so they are aware of my decision.

Melissa D. Bois

CONFIDENTIAL                                                                                                   FAY007943

**PLAINTIFFS' EXHIBIT 3**

| | |
|---|---|
| From: | ████████storagemax.com >> |
| Sent: | Tuesday, September 16, 2014 10:06 PM |
| To: | Marie Nagode <msnagode@comcast.net>; Rebecca Lamkin <rplamkin@hotmail.com> |
| Cc: | Melissa Bois <meldemarc@aol.com>; Rob Gustavson <rgustavson@fayschool.org> |
| Subject: | PIN Retraction |

Dear Marie and Rebecca

I was made aware that you sent out an email noting that Fay was sponsoring the discussion at the Southborough Library on 9/25- this is NOT the case. I am very sorry for any confusion.

When we approached you back in the spring it was as concerned parents wanting to know the process for proposing a topic to the PIN agenda as that was our intention. We were not made aware that any approval process from Fay was necessary or that you considered this talk sanctioned by Fay. When we approached you we explained that we were not PIN representatives from Fay only parents.

Your offer to post the lecture on your bulletin board did not state Fay was involved in any way. We assumed this posting was a service done for parents at peer schools. We did not approve of any copy that was sent out stating that our school was sponsoring this discussion and we were not aware that this was going to be done.

We do apologize for any difficulty this has caused and we want to be clear this event is NOT sponsored in any way by Fay school.

Best Regards,

████████

Cc: Fay PA
Rob Gustavson

CONFIDENTIAL                                                                                                                    FAY007944