**From:** Marie Nagode <msnagode@comcast.net>
**Sent:** Thursday, June 12, 2014 09:07
**To:**
**Subject:** Re: Help with suggesting a PIN topic for agenda

Thank you, ▇ I will look forward to hearing more about this meeting as it develops, and hope to meet you at some point during the school year!

Best to you for a wonderful summer as well.

Marie

On Jun 12, 2014, at 6:21 AM, ▇ wrote:

Hi Marie,

I was referred to you through Robin Robertson @ Fay School. She is our PIN representative. I am not currently active in PIN but know the quality of the topics you typically present. Also, other Board members at Nobles and DCD, Fessenden and others have recommended we propose our concerning topic for your agenda. I am happy to keep you posted and hope for an opportunity in the near term.
Thanks much and have a wonderful summer!!

Best,



**From:** Marie Nagode [mailto:msnagode@comcast.net]
**Sent:** Wednesday, June 11, 2014 10:21 AM
**To:** ▇
**Cc:** Rebecca Lamkin
**Subject:** Re: Help with suggesting a PIN topic for agenda

Dear ▇

Yes, please keep us posted as you plan this meeting.  Also, I do not seem to have your name on our PA Heads roster - can you please tell me which school you are affiliated with?

Thank you!

Marie Nagode

On Jun 10, 2014, at 12:23 PM, ▇ wrote:


Thanks so much Rebecca for your consideration and for the suggestion. We will pursue in the fall with our school and let you know when we have a meeting scheduled. Please consider our offer for an agenda topic for the 2015-16 school year or as an alternate item in the event you have any cancellation for the 14/15 calendar.
If you would like, I will keep you posted as more develops on this topic in the coming months.

1

Best Regards,

████████

---

**From:** Rebecca Lamkin [mailto:rplamkin@hotmail.com]
**Sent:** Monday, June 09, 2014 6:00 PM
**To:** Marie Nagode, ████████
**Subject:** Re: Help with suggesting a PIN topic for agenda

Dear ████,

Thank you for reaching out to Rebecca Lamkin regarding a proposed PIN meeting. I am writing to introduce myself as the Chair of the Lower/Middle School PIN Board. Rebecca and I work closely together, along with the other members of our Board, to plan the PIN calendar each year.

In terms of your proposal below, we agree that you are suggesting a very interesting and timely topic. Unfortunately, at this time we have already completed the plans for PIN meetings for the 2014-2015 school year. We begin this process in April in order to wrap up the details by the end of the school year. If you would be interested in having your school considered for a PIN meeting next year, please do let us know.

Given the scope of the meeting you are proposing, a suggestion would be to plan this as a school-sponsored event at your school, and possibly engage the involvement of the other independent schools that you listed in your earlier e-mail. As PIN members, you would be most welcome to promote this event via our Community Bulletin Board on the PIN website.

Again, we want you to know how much we appreciate your enthusiasm in bringing this topic to our attention. Please let us know how you plan to proceed.

Many thanks,

| | |
|---|---|
| Marie Nagode | Rebecca Lamkin |
| Chair, Lower/Middle School PIN | Communication/Membership Coordinator, Lower/Middle School PIN |

On Jun 8, 2014, at 4:03 PM, ████ wrote:

> Hi Rebecca,
>
> Thanks so much for getting back to me. I understand how crazy the end of year is and I am sorry we have not connected sooner. We are proposing a very interesting and emerging topic. While we understand you may have planned your calendar; we feel so strongly about our proposed topic and its importance we are willing to financially sponsor a speaker and suggest even an additional or special PIN Meeting on the topic possibly in the Fall. I have attached an article for your review which pertains to the topic- the safety of WIFI in schools. The topic is of great concern to many parents at several schools including: FAY, DCD, Fessenden and Nobles,   and the facts are compelling. We think you will agree that the timeliness of this is important as all of our schools continue the BYOD roll outs and technology infrastructure and use programs.

Please feel free to call to discuss further as it can seem a weighty topic until options for safer connectivity are understood.  We are able to get a number of Harvard, or Yale trained physicians and or a well known Physics teacher /engineer to come and talk to a PIN group on this important and emerging issue.

Please feel free to call or email at your earliest convenience.

Best regards,

---

**From:** Rebecca Lamkin [mailto:rplamkin@hotmail.com]
**Sent:** Saturday, June 07, 2014 9:40 AM
**To:**
**Cc:** Marie Nagode; mela_lew@yahoo.com
**Subject:** RE: Help with suggesting a PIN topic for agenda

Thank you for reaching out to PIN.  We always welcome input and this looks like a great topic.  We recently had a meeting to plan next year's agenda, and might be all set with topics.  I have copied the chair and vice-chair for lower/middle school to check on that.   We do have a sheet out at every meeting to ask for topics, so if any additional items come up next year your PIN rep can always let us know at a meeting, or contact us during the year.

Thank you for the suggestion.  We will be in touch shortly (end of year is always a busy time).

Rebecca Lamkin

Communication and Membership Chair PIN LS/MS

To: rplamkin@hotmail.com
Subject: Help with suggesting a PIN topic for agenda
Date: Wed, 4 Jun 2014 10:39:40 -0400

Hello Rebecca,

I was given your name by the PIN representative at our school. We wanted to determine how to propose a PIN agenda item. There are several parents at our school and others in Massachusetts that have been discussing an emerging topic that relates to safer technology use in schools. We have several well vetted experts that wish to begin a dialogue about presenting at a PIN meeting for the upcoming school year. We recognize the school year is winding down but we thought it appropriate to approach you now as you may be arranging the topics for next year.

Please let me know the process and/ or proper persons to approach about introducing topics and presenters.

Best Regards,



<Renewal45_Koetzsch.pdf>

4