**PLAINTIFFS' EXHIBIT 25 TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
                   (WORCESTER DIVISION)


G, a 12-year-old minor suing by a    :
fictitious name for privacy reasons, :
MOTHER and FATHER, suing under       :
fictitious names to protect the      :
identity and privacy of G, their     :
minor child,                         :
       Plaintiffs                    :
                                     :
vs.                                  :Case No.15-cv-40116-TSH
                                     :
THE FAY SCHOOL (by and through its   :
Board of Trustees) and ROBERT        :
GUSTAVSON,                           :
       Defendants.                   :



           VIDEOTAPED DEPOSITION OF ▮▮▮▮▮ ▮▮▮▮▮
                 Tuesday, June 7, 2016
                      10:00 A.M.
                    20 Lovers Lane
                Southborough, Massachusetts


                        - - -

                  Linda S. Pezza, CSR
                     WARROOM DSI
                   103 Dyer Street
            Providence, Rhode Island 02903
                     401.621.7300
```

**PLAINTIFFS' EXHIBIT 25 TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

June 7, 2016

Page 91

```
 1        Q    Has anyone ever asked you if you wanted to go back
 2   to Fay School next year?
 3        A    Um, yeah, my mom has asked me, but I -- I can't
 4   really decide.
 5        Q    You can't decide between Waldorf and Fay?
 6        A    Yeah.
 7        Q    Do you ever get any headaches at The Waldorf
 8   School?
 9        A    Uh, no.
10        Q    When's the last time you got a headache?
11        A    I think it was the, um -- well, I've gotten
12   headaches there, but they're not as bad.  I've only gotten
13   three there, I think, um, and the last time I got one was,
14   like, a couple of months ago.
15        Q    Okay.  Do you take any medications for your
16   headaches?
17        A    Um, no.
18        Q    Have you ever taken any medications for your
19   headaches?
20        A    Yes, I did, but it -- um, I think it started
21   making it worse, so we stopped.
22        Q    Do you remember when you took medications for your
23   headache?
24        A    It was after I saw, uh, Dr. Dinakar.
```

**PLAINTIFFS' EXHIBIT 25 TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

June 7, 2016

Page 102

```
1      Q     Um, tell me why it was that you, in your own
2    words, why you liked the Fay School?
3      A     Um, everybody was friendly there, and it's just,
4    like, uh, the teachers are nice, and, um, there's -- the
5    classes are, like, interesting, I guess, and the -- I -- I
6    just -- it's a friendly place to be, I guess.
7      Q     Um, all right.  There was nothing about it that
8    bothered you?
9      A     No, except for the headaches.
10     Q     Okay.  Um, now, in answer to one of Jaimie
11   McKean's questions, um, you said that sometimes it was,
12   quote, really bad, your headache, do you remember saying
13   that?
14     A     Yes.
15     Q     Um, how many times at Fay was it, during your
16   seventh grade year, was it really bad?
17     A     Um, probably, like, two out of three.
18     Q     Every two out of three times?
19     A     Yeah.
20     Q     Okay.  And sometimes when you had headaches, did
21   you want to stay?
22     A     Um, yeah, I did, but they --
23     Q     Why did you want to stay?
24     A     I -- just -- they weren't that bad and I thought I
```

June 7, 2016

**PLAINTIFFS' EXHIBIT 25 TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

```
                                                        Page 103
 1   could still keep working.
 2       Q    Okay.  And you never used your -- you never used
 3   your headaches as a way to get out of work, did you?
 4       A    No.
 5       Q    Was there a place at Fay where you would walk by
 6   where the headaches or any symptoms were worse?
 7       A    Um, whenever I walked by the library, actually, my
 8   ear, it would feel like it was full of water, and, um, I
 9   don't know why.
10       Q    Uh, where, um, how many times did that happen?
11       A    Every time I walked by.
12       Q    Okay.  And how many times did you walk by the
13   library?
14       A    I -- I don't know, like, maybe every day.
15       Q    Okay.  You were asked some questions about
16   sometimes when you'd get home and your mom would ask you if
17   you had a headache, um, Ms. McKean asked you whether
18   sometimes you weren't sure whether you'd had a headache and
19   maybe being asked that you had a headache maybe made you
20   think you had one when you didn't?
21            MS. McKEAN:  Objection.
22       A    Um, maybe, but, um, only if I was -- it -- I would
23   have -- well, I would have, like, noticed if she said, like,
24   oh, did you have a headache, and I started getting a
```